# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128046

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

METROPOLITAN SOCIETY FOR CRIPPLED
CHILDREN & ADULTS,
         Petitioner-Appellant,

v

                            SC: 128046
                            COA: 257526

STATE OF MICHIGAN, BUREAU OF
STATE LOTTERY and COMMMISSIONER
OF BUREAU OF STATE LOTTERY,
         Respondents-Appellees.
                            Ingham CC: 03-000723-AA

_____/

      On order of the Court, the application for leave to appeal the January 27, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

                                    Clerk

d0919